SCANNED

2:10-CR-34-P-S

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

MAR 10 2010

LINDA I. JACOBSON CLERK
BY: ____________
DEPUTY CLERK

# SYNOPSIS

**Name:** Judith Schickle
**Address:** Wells, ME 04090

**Year of Birth:** 1944
**Age:** 65

| | | |
|---|---|---|
| **Violations:** | Count 1: | 18 U.S.C. § 1347 - health care fraud |
| | Counts 2-4: | 18 U.S.C. § 669 - embezzlement in connection with health care |
| **Penalty:** | Count 1: | Imprisonment of not more than 10 years; fine of $250,000, or both |
| | Counts 2-4: | Imprisonment of not more than 10 years; fine of $250,000, or both, as to each count |

**Supervised Release:** Not more than 3 years (18 U.S.C §3583(b)(2)) as to each count

**Maximum Term of Imprisonment for Violation of Supervised Release**: Not more than 2 years (18 U.S.C §3583(e)(3)), as to each count

**Maximum Term of Supervised Release for Violation of Supervised Release:** Three (3) years (maximum original term of supervised release) "less any term of imprisonment that was imposed upon revocation of supervised release" (18 U.S.C. §3583(h))

**Defendant's Attorney:** John S. Webb, Esq.

**Detention Status:** None

**Foreign National:** No

**Consular Notification Provided:** n/a

**County of Offense**: York

**AUSA:** David B. Joyce

**Primary Investigative Agency:** U.S. Department of Health & Human Services, S/A Colleen Fleming

**Guidelines:** Apply

**Victim Case:** Yes

**Corporate Victims Owed Restitution:** Varney Crossing Nursing Home, MaineCare

**Assessments:** $100 as to each count